# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON MICHAEL BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-00021-SAB<br><br>ORDER REQUIRING COMMISSIONER OF SOCIAL SECURITY TO FILE A COPY OF THE ADMINISTRATIVE RECORD THAT COMPLIES WITH THE SCHEDULING ORDER<br><br>(ECF No. 9) |

This action was filed on January 5, 2017. On January 9, 2017, the scheduling order issued requiring "**The administrative record shall only be filed electronically and, to the extent practicable, provided in Optical Character Recognition ("OCR") format.**" (ECF No. 5 at 2:5-8 (emphasis in original).)

On May 16, 2017, in Davis v. Commissioner of Social Security, 1:16-cv-00777-SAB, the Court recognized that beginning around October 2016, the administrative records were often not filed in OCR format in Social Security cases. The Court issued an order requiring the Commissioner of Social Security to file a copy of the administrative record in OCR format in that action and verify that the transcripts in all actions pending before the undersigned have been filed in the correct format. That order was to apply to all future social security cases before the undersigned unless otherwise ordered.

1

1        On May 23, 2017, the Commissioner filed the administrative record in the instant case. (ECF No. 9.) However, it is not in OCR format. The Court shall require the Commissioner to file a copy of the administrative record in OCR format in this action.

       Accordingly, IT IS HEREBY ORDERED that within seven (7) days from the date of service of this order, the Commissioner shall file a copy of the administrative record in OCR format in this action.

IT IS SO ORDERED.

Dated: **May 30, 2017**

UNITED STATES MAGISTRATE JUDGE