# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON MICHAEL BOYD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | Case No.: 1:17-cv-00021-SAB<br><br>ORDER RE STIPULATION TO AWARD EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 20) |

Pursuant to stipulation of the parties, IT IS ORDERED that fees and expenses in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: __**February 5, 2018**__

UNITED STATES MAGISTRATE JUDGE

-1-